UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-20997-UU

COURTNEY ELKIN,

    Plaintiff,

v.

WALTER INVESTMENT MANAGEMENT
CORP, *et al.*,

    Defendants.
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court *sua sponte*.

THE COURT has reviewed the pertinent portions of the record and is otherwise fully advised in the premises.  As of April 25, 2017, Plaintiff has not provided an update to the Court regarding its efforts to serve Defendants.  Accordingly, it is

ORDERED AND ADJUDGED that Plaintiff SHALL show cause in writing, not to exceed three pages, on or before **Wednesday, May 3, 2017**, as to its efforts in effecting service on Defendants.  Alternatively, Plaintiff may file proof of service on Defendants by such date. **Failure to respond to this Order will result in dismissal of this action without further notice.**

DONE AND ORDERED in Chambers at Miami, Florida, this \_25th\_ day of April, 2017.

                                                             URSULA UNGARO
                                                           UNITED STATES DISTRICT JUDGE

copies provided: counsel of record